May Term,
1845.
—————
HEATON
v.
COLLINS.

---

HEATON *v.* COLLINS.—On appeal.

*Thursday,*
*June 5.*

IN debt against *A.* and *B.,* the process was served on the former only, but both afterwards appeared to the suit. *A.* pleaded to the action; *B.* said nothing. The cause was submitted to the Court, and judgment rendered against *A.* alone. *Held,* that the judgment, being against only one of the defendants, was erroneous. *Tipton* v. *Barron,* 5 Blackf. 154.